**Fill in this information to identify the case:**

Debtor 1: Doris Bruce

Debtor 2: _____ (Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT OF Wisconsin

Case Number: 18-28920

## Official Form 410S1
# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

**Last 4 digits** of any number you use to identify the debtor's account: 4482

**Court claim no.** (if known): 5

**Date of payment change:**
Must be at least 21 days after date of this notice: 08/01/2020

**New total payment:** $ 924.36
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjusted

**1. Will there be a change in the debtor's escrow account payment?**

[X] No

[ ] Yes. Attach a copy of the escrow statement in a form prepared consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ _____   New escrow payment: $ _____

### Part 2: Mortgage Payment Adjusted

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

[ ] No

[X] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: 1.0 %   New interest rate: 8.35 %

Current principal and interest payment: $ 64.62   New principal and interest payment: $ 763.22

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

Official Form 410S1    Notice of Mortgage Payment Change    page 1

| | |
|---|---|
| X | No |
| ☐ | Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. |

*(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

---

Debtor 1    **Doris Bruce**
First Name    Middle Name    Last Name

Case number *(if known)*    18-28920

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
X I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Christopher K. Baxter      Date 06/25/2020

Print:    **Christopher K. Baxter**    Authorized Agent
First Name    Middle Name    Last Name

Company:    Marinosci Law Group, P.C.

Address:    134 N. LaSalle Street, Suite 1900
Number    Street

Chicago  Illinois  60602
City    State    ZIP Code

Contact phone    312-940-8580    Email    ecf@mlg-defaultlaw.com

## CERTIFICATE OF SERVICE

      I, hereby certify that a true and correct copy of the foregoing document was served on the Debtor via United States Mail at the address listed on PACER, and to the Debtor's attorney, the Chapter 13 Trustee, the U.S. Trustee, and all parties requesting notice via CM/ECF on June 25, 2020.

Doris Bruce
2800 N 36th Street
Milwaukee, WI 53210

Marinosci Law Group, P.C.
*/s/Jose Gasel*
Email: ecf@mlg-defaultlaw.com
ATTORNEYS FOR CREDITOR